The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID JURKO,<br><br>Defendant. | No. CR12-089 JLR<br><br>ORDER |

The Court directs defense counsel to determine Mr. Jurko's date of expected release from the custody of the Bureau of Prisons and to explore and facilitate residential options for Mr. Jurko upon his release, to include research into options for Mr. Jurko to pay for housing.

DONE this 29th day of August, 2025.

_____
The Honorable James L. Robart
United States District Court Judge

ORDER (*David Jurko*; No. CR12-089 JLR) - 1

Black & Askerov, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401